ORRANDO P. DEXTER, Appellant, *v.* WARREN JOSEPH ALFRED, Respondent.

(Argued June 16, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 29, 1890, which affirmed an order of Special Term changing the place of trial herein.

*Edward Winslow Paige* for appellant.

*William P. Cantwell* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

----

ISAAC B. NEWCOMBE et al., Respondents, *v.* WILLIAM A. LOTTIMER et al., Impleaded, etc., Appellants.

(Argued June 16, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 7, 1891, which affirmed an order of Special Term overruling demurrers and affirmed a judgment in favor of plaintiffs entered thereon.

*James Thomson* for appellants.

*Adrian H. Joline* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.